UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
JUL 0 1 2011
JUL 01 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Johnathan T. Pinney

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

11 C 4481
Judge Ruben Castillo
Magistrate Judge Michael T. Mason

vs.

Beurocracy, Comercialization, and a Defunct Machine (as embodied in the Present Governments of the United States)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

_____   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

⁕ A. Name of case and docket number: 10-C-7535 (U.S. Habeus Corpus); 10-C-7536 (U.S. 1983); 11-CC-3656 (IL. court of Claims), 11-2269 (appeal) (Counter Claim filed in 13th Cir. Ct. but ignored)

B. Approximate date of filing lawsuit: within the last year

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: self

D. List all defendants: State authorized actors

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Named NE. Dist and @ La Salle County / Springfield Court of claims

F. Name of judge to whom case was assigned: R.R. Pallmeyer, M.F. Kennelly, unknown as to Court of Claims nor Appellate Court

G. Basic claim made: unconstitutional conduct violating self, loss of property, imprisonment, Reputational injury, Malicious prosecution, General Government Terrorism

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): pending, appealing, pending, ignored

I. Approximate date of disposition: unknown

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

⁕ All cases are the same basic subject matter, seeking remedy on the same series of acts, being > Malicious prosecutions, illegally ratified by Court

3  Revised 9/2007

**IV. Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1: The actors representing the American public have deviated grossly from the public will that the precepts identified by this country's framers in the preamble are demolished beyond recognition. The unity of the states is not a highly influenced area; though the justice system has been largely discredited due to foolhardy justices such as Brandeis cited in dissent by Rehnquist in Monell v. Dpt. Soc. Serv, N.Y. 436 U.S. 715, L.Ed.2d 611, 98 S.Ct. 2018, "Stare decisis is usually the wise policy, because in most matters it is more important that the applicable rule of law be settled than that it be settled right..." this is assaulting to the conscious in regards to the "Establish Justice" clause of the preamble. Further such assault on justice beggars the question of motive to corrupt justice which in itself undermines the impartiality of the system. Domestic Tranquility, the common Defense and general welfare are all similarly imperiled by actors established for the purpose.

2: The War Machine developed to secure the people in the event of war has engaged in disturbing acts which itself acknowledges would endanger National security to expose, as well it has dedicated public

4

Revised 9/2007

funds to a private science which has thereby hindered the general welfare not only in its appropriation but that the benifits derivable from the funds' use remained classified and thus the benifits of this science deprived to another day if not bypassed by "disruptive technology." Reports exist that such acts as the seizure of a large quantity of Gems from forign governments (particularly Diamonds) for the intent of securing an inflated market value (which means more funds are spent to purchase them). If this is true, the fact that Diamond is scientiffcly known to be made artificialy as it is mearly Carbon in its pure and dense state (an element seen a hazard due to its abundance). Carbon being a ubiquitous and highly universal element in its various states it can be a highly (super)conductive Graphine, Adamantine (solid), or lubricant (Graphite) which embodies all the needed properties of modern Machinery and electronics.
3: The machine has diverted Trillions of public dollars to acts of hostility (including Tresonous and Terroristic Police forces) or otherwise useless pursuits (such as staring at the sky) while a highly plausible field of science highly publicized has been neglected. The benifits from a machine mimicing the Iron Man Build (an "Exoskeleton") of Diamond and Graphine would not only be programmable to restrict acts causing physical harm but once developed would displace Human labor for free tireless mechanical function, effectively destroying value and commerse while excelling the general welfare to a state that no man should feel need or want. Thus searving those goals Man has proven repeatedly incompetent to meet.

The injuries caused to the masses of the public, myself included, have far exceeded those benifits obtained from its function, and on several cases exceeded those actions in which the declaration of Independence was written for. The courts have made mockery of the Justice they were created to Embody, The legislators have publicly admitted to deviation from public will on repeat occasions, and the Executive's many branches have resorted to systematic oppression readily seen to any person who looks.

4: In my case in particular I've suffered greatly at the hands of government actors:
  A: My right to drive a car I could barely afford to maintain was denied with threats that it would be taken if I continued to drive it simply because I could not afford any insurance. Though I'd had no accidents.
  B: I was alleged to commit several crimes which I did not commit and had my property and liberty deprived on multiple occasions in different states:
    I: Possession 9/7/05 - La Salle County (marijuana & Paraphinellia), IL (La Salle PD)
    II: Aggravated Battery to an Officer 1/13/06 (La Salle County, IL) (Ottawa PD)
    III: Tresspass to property/resisting (mid March/April) 2009 Clovrs, Curry County, New Mexico
    IV: Varrious charges Los Angeles California 2009-2010 (L.A. P.D.)
    V: Tresspassing on public property/private 3/15/10 4/23/10 La Salle County IL (La Salle County)
    And these do not include Harrassments there under, or threats to others
  C: Durring these arrests I was subject to all forms of torture including 3 months in absolute Isolation with lights constantly on, camera recording, showers every 2 weeks, forced mindaltering substances, Locked in a cell wretching in agony due to cuffs being over tightened for hours, ritualized exibition of my genitalia, housed with over 300 men in a room no larger than 30' by 50' with high racial animosity and still all major races present, Repeat brutallys including one involving such prolonged direct exppsure to pepper spray directly at my face so as to have caused the skin to peel away and requiring on the same occasion stitches to seal a wound made by such agents (L.A.), Thefts of property of minimal value, including works of art, Legal documents, and on occasion evidence in defense of my innocence and evidincing conspiracy to file false reports.
  D: While some of these charges did include pleas of Guilty they were only tendered due to promises of relief from tortious facilities which the court refused to grant Recognizance Ball instead.
  E: Others exist such as Tresspassing to my parrents property for a dispute arising while trying to obtain tax information therefrom to go to college.
  F: Due to Federal standards placing me as a Dependant for grant purposes untill 24 did deprive my right to Education to Advance myself.
  G: IV above did interupt ongoing schooling
  H: Failure to investigate theft of school laptop to hindered advancement

6

4. I: Several attempts to seek police assistance have resulted in no benificial effect, but threats for Arrest for falsly calling 911 or worse My Arrest and deprivation of the same property I'd called to protect.

J: The State and Federal courts in this state and District La Salle County and N.E. Dist. Ct. have directly refused to hear claims filed against any Government Employees directly Evidencing that Impartiality does not exist therein

K: Both governments' Agents have condoned violations of the citizens of the state through creation of laws to deprive citizens of liberty and other rights which has contributed to the deterioration of the system established only to secure the rights of the people. Defeating the privelages of their protection entirely.
Examples such as the published case of U.S. v. City of Philedelphia 644 F.2d 187 which denied U.S. Attorney General the ability to seek injunctive relief on a city's practices of allowing unconstitutional conduct.
The overwelming History of prosecutions for use of intoxicating substances to induce Euphoria [High level of Happiness] depriving people of liberty thereunder, some for life sentences when no person was ever injured as a direct Result of such use by the user.
The verry criteria to convict officials for some of these acts being near impossible to prove due to lack of monitering devices and that the events of police "planting" products or making false statements in regards to conduct are typacly moot.

L: Despite U.S. signature on U.N. Declaration of Human Rights No act has been passed or relief thereto provided in relation to right to Social security during time of unemployment, excepting as to Food Stamps and brief assistance under a few other programs (which $7.00 per day apx. is near impossible to survive on for Food when such person can buy in bulk with a home to prepare food in, A homeless person as myself needing to buy foods ready to eat is worse off)

M: The most recent charge levied against myself having been for sleeping under a public bridge in the country because I was Homeless being but one of many assaults on my general welfare, After Maliciously prosecuted Marijuana charge resulted in my Eviction, which the only presented interest the government has (to my knowledge) asserted allowing their control over such substances being a right to moniter commerce, such Evokation tends Evidence a "long train of Abuses and Usurpations, pursuing invariably the same Object," "A design to reduce [me, one of many standard citizens] under absolute Despotism." while I cannot claim myself to personally have been targeted with that goal in mind perse the effect is the same. Even while Imprisoned I was not afforded means to Advance myself Educationally, despite explicit statutory provisions providing for such, and written requests published on my record 2006-CF-39-13th Cir. Ct. of IL..
On the contrary I suspect something far reachingly sinister being

7

...4...M... an utter disregard for the rights of the citizens their office is created to presearve with the sole purpose of draining the general welfare from them to provide themselves and their comrads with inflated profits for acts of minimal effort.

Belligerance and brutality is a first response from the majority while casting laws to intimidate the public from so much as defending against such acts (see original cause 2006-CF-39 Aggravated Battery) or even for advocating the same act which the declaration of Independence states is not a Right but a Duty. While some distinction can be made between advocating an overthrow of the government as opposed to advocating a purging of those entities responsible for corrupting the function of the government, and advancing the efficiency and propriety thereof.

While my relief sought may hold the end for a need of such a system as currently exists, I by no means oppose the Democratic process the system is required to obey, but regularly undermines or violates.

Infact the remedy thereof is less for myself alone as I am, due to my life of oppression, more inclined to flight except when absolutely necessary. documents tendered in 2006-CF-39 clearly reflect my intents on leaving the country in pursuit of better ways.

5: Despite the present state of modern convenience less than half of this countrys citizens even bother to <u>Register</u> to vote. This alone shows the majority of the people lack faith in the present system as it stands. And of those that do vote, commonly choose only the first or last letter of the word RetarD and go with it, which is hardly what the founding fathers had in mind I'm sure (But shows Civic unrest).

6: The Fact Jury poles are selected strictly from those who have expressed some degree of faith in the system (typicly an "osterich" personality) certainly undermines the concept of "peers" and due to the present state of Affairs the competence of such people to look at the evidence before them and come to a rational conclusion. Or due to the disinformation The tendency of one to cast a vote without a firm ground to support it. I've tried asking questions of presidential Nominees, Not only did I recieve no response to them I'm still getting E-mail requesting I send money to help the campaign.

7: I do not alledge any elaborate plotting by these agents, nearly an Implicit allegance to "push the Envelope" and cover up the others' improper activity.

Even though I do not alledge such plotting I can bring forth several Exibits and witnesses whom can testify that such plots do exist, Ironicly one example is those acts which spawned the laws against terrorism, the destruction of the twin towers and the evidence is most substantial. Though this would be an entirely seperate devision (the C.I.A.) In that event, they are by no means the only such division so accused, Indeed every level from state's town police to presidents and military agencies are regularly involved in some form of controversy or another, and this is not including those matters deemed "classified" and locked away the last 150 years or so. If its that hazardous to the security of the country still, should it have been done, and should those responsible for such acts still be protected?

8: This same classification of virtually all acts performed by the militant body of the public leaves the public unaware of the representation that these people are portraying to foreign governments and such lack of any accountability thus when shocking events such as China shooting underwater missiles at us only a few years ago (as a field test according to reports),

If instead there is actual animosity from such country as a result of some classified activity that we citizens are unaware of and the agents presume the act as having not been discovered by them, if such act is so great to "endanger National Security" Not only is the public an innocent victim should an attack come, they would have no warning or understand why, let alone defend themselves.

This threat is even greater now that that country has launched an initiative to build a device capable of discharging ten times the power of a large Nuclear Reactor from space to a 1 mile wide target in the form of lazer or microwave bursts. No present technology could defend against this if it was used as a weapon, and the fact the intent means apx. a ten fold increase in the solar radiation to that target area, the Global warming impact is another concern entirely. Journals indicate their intent to have this functional in 2 years.

9: The fact that the government has taken the initiative to ask the private sector to develope exoskeletons for military purposes with three such prototypes already submitted though not ideal for that application due to fueling limits and such; tends to show a rather narrow minded approach that the Government has sought weapons only where this same device could be used to advance general welfare.

In fact, given the Abundance of Carbon and the simplicity of its conversion to the two products most vital, its recognition as a public threat due to its untapped potential causing global warming, that the science above indicated as a potential threat could be immitated there with throughout an entire new artificial ozone Layer and evenly be distributed with superconductive cables instead of ambient lite/microwaves. a whole world of possibilities is opened up.

10: The government through the F.D.A. has established a formal practice of hazardous Experimentation on the public. While the F.D.A. readily approves the use of artificial synthroid it refuses to recognise proven effective herbal remedies such as Thyroid stimulator II which fix the problem instead of covering up symptoms. It is to the point these Experimental drugs are contaminating our water and animals while many are proven to be less effective than placebos, or commonly the conditions could be cured with diet and exercise alone. The magazines Vanity Fair (issue 605 Jan. 2011) and National Geographic have done articles on these subjects, the internet will undoubtedly furnish more.

Further there is little if any action against those doctors it authorises to conduct these experiments. Unnecessary proceedures and dragging are a standard fact of the times. Campaigns to discredit the views of people as "crazy" are readily supported to the point today any person with any conflicting personality traits are readily discredited as crazy and ignored.

The fact this campaign has also spawned a new Race of

9

lazy persons ready to exploite the effects of such simple prejudices created and thus the commission of many illogical acts to assume the reputation and thereby recieve leniency for criminal acts as well as recieve disability payments due to such fictitious insanity. These acts being largely publicized enforces the public views for such status and leads to even more imaginative crimes.

11: In establishing special protections to any class of people making them unaccountable for their action the natural human result is that such people will abuse this and engage in tyranical behavior. The concepts of Federalizm the courts rely on is one that the general public neither endorse nor typicly have they any contemplation there under.

As stated the unity of the states is near absolute. The only main differences from state to state is that in competitive sports or a question of that districts levels of infringements on the citizens. Some allow Marijuana, some allow guns in public and some allow lesser taxation, these Generaly being issues the people are supposed to have a say in, and generaly recognised by the founding fathers as having a right to control. And the states' varriations are still off set by the many "home rule" ordinances of citys, counties, etc. Thus the people are being made to fund three "seperate" governments which all claim them selves as crucial to some Design but none have proven effective in the reduction of crime nor any other benifit to humanity In any area with higher police to civilian ratios the Murder rates increase Chicago, New york, and Los Angeles are the top 3 Murder capitols of the Nation if not world. True other factors come into play, but wheither they are active or reactive factors is a major question. The power of gangs would be entirely destroyed by legalizing the drug market both in financial influences and appeal.

But when a citizen has no say on what his tax dollars are going to support, no say on what taxes he will pay, and recieves no direct or indirect benifits from the present state of the Government, and potently believes that his funds are being used to support any degree of criminal activity, how can it be just to do as recently was done to wesley Snipes for tax evasion, of prison for 3 years? This too is one of those many violations by the crown calling for the Independence proclaimed. So many of those grounds as are possible seem evident in the system today, and others not even concieved then but no less oppressive.

The age old question who will watch the watchers has been answered time and again, and the many whom have taken to strike back are rightfully found as criminals when they stoop to crime themselves; But we, the people, did not make this machine functioning today, It made itself out of the framework laid decades ago and only fear for ones own security, and the oppressed peoples constant buttle to secure a "living" prevent a more large scale rebellion than is commonly seen today. With Numerous Anarchist conventions popping up everywhere, Giant media Markets tapping huge prophits due to the concept of Anarchy being added in its title, or even our natural citizens Joining with terrorist organizations to support their

cause, to end the reign of tyrany and oppression that the modern government has made itself into.

12: As a whole the present system has transgressed all that it was made to accomplish. Transended its Constitutional Authority to the degree that it is viewed much as any other dictatorship, and on many grounds exceeding such systems improprieties.

I don't claim the system as entirely ineffective. Nor as impossible to salvage from its present Moral and universal decay; but that much work is needed to do so, and more adequate safeguards required to do so. If such is possible (the reconstruction era's attempts have proven ineffective).

History itself will show that man will do most anything to show the world he's "better". The ever present Taboo on words deemed "profane" or "vulgar" being but one transient bias used to generate Hate and the like which was even actively Legislated once. Other rediculous acts targeted at establishing some New "Elite" status would include such bizare and sadistic/Masochistic acts of Prince Albert who's name is still immortalized due to his peircing his penis so he could have it held inplace in his clothes. or the plethora of absurd records discoverable in the Guiness Book of World Records.

True some matters of life hold greater risks involved for the people. The use of Drugs may damage the mental function of people, but in reality foods can do the same. And in reality, to a man who's greatest aspiration in life is to be a farmer, artist, etc. His mental function is not exactly tolling. The same truely applies to the stock boy, burger flipper, cashier, etc. Even the majority of Laborors in construction require minimal mental function. Schooling is dedicated to turning people into walking calculators in a world where the homeless have cellphones with built in calculators, or other useless wholesale cariculum while many of those teachers cannot even read the books their teaching let alone effectively show a child an applicable use for the knowledge that they deem requisite, nor capture their attention otherwise to make the goal of education as opposed to useless lecturing.

Thus even those systems established for benifits to society are shown as in a state of Decay and ineffective. Even Social Security rejects every claim presented before it as a matter of protocol and requires every claimant to sue through the courts to recieve their rightful benifits. Though the support of non productive persons is illogical, it is the humane thing to do and is their right.

13: Present laws governing process such as Requirement of duplicity/Multiplicity to be provided to the courts and other general provisions generated to reduce clutter of the courtroom docket but requiring excessive waste of resourses are unconstitutional when used to defeat the administration of justice where due, particularly as used by Kennelly (Mathew) of this court N.E.Ill. to cause an appeal unwarranted to manufacture excessive costs, followed by Dixon staff denying indigent supplies and that such is not available to "free" citizens whom are homeless and unemployeed Negating their (our) rights. Especialy when we are deprived access to laws relevent or other Assistance.

11

U.S. Dist Ct. N.E. Div. IL.
Johnathan Pinney v. Beuroacracy

## Testimony/Arguement in favor of Action

1: The present state of the science while in some cases has been advanced by the use of public grants but has also been hindered due to concielment and has thereby handicapped the progress of the scientific community. Reported patents have been purchased from private persons but abandoned in all but title in effort to hinder welfare by requiring purchase of government subsidised comoditys such as petrolium based fuels, Prohibitions on private use of Radioactive isotopes (Note even carbon has a radio-active state) or otherwise restricting the scientiffic community. Due to prohibitions of corporate monopolys existing on paper, Telecommunication networks are required to triple the number of equiptment costs and divide the band width to which costomers have access to. A fourth "generation" of equiptment has now began to be installed, a cost which is reflected in the bills of consumers. The fact the majority of these offer free calls to those in the same network shows the main expense as the communication with external service. Too this is only considering the top 3 major providers SBC, SPint, and verison, other smaller networks exist, and these Companys remarket their services under different "brands" (At$t owns Tradephone, net 10, and Go phone as well as other "home" networks). Due to these financial burdens large cities have intense framework while less populated areas cannot obtain most any sembelence thereof. The community of Sheridan has public internet service with a peak connection of apx. 100 kbps. the cellular towers too have such limits. A single "dial up modem" from the 90's could do this. meanwhile college networks in highly populated areas obtain as much as 10,000 times this speed and better. However with the help of super conductive lines and other simple aparatus the costs of communication could be entirely eliminated. Especialy

those costs from physical repair/manufacturing as I will mention later.

As to National Energy supply there are many known methods of powering systems and some less known methods that have been known but seemingly forgotten:

A: Combustion is the least efficient source possible and destroys viable resources. This goes for coal, oil, etc.

B: Solar/wind/water collectors/turbines.

C: Nuclear reactors fission/fusion

D: Manual crank/wind up

E: Van Allen Radiation Collection (A ground based net of wire of apx 180' ft collects that natural energy which is naturaly present due to solar radiation fields with apx. 20% efficiency loss at night can power a modest home with a moderator to condition the flow for delicate equipment.

F: Geo thermal heat when conditioned properly can provide constant suply of steam to turn a turbine.

G: Properly conditioned/balanced magnets can drive a constant motor/generator

H: Radio Activity can be harnessed in "Antenna" or other coiled wire.

I: A basic internet search on Youtube.com will reveal several products under "perpetual motion" or "free energy"

Now, In this erra when "the wheel" was only invented once, but many versions have been developed since it would be detrimental to accord "Copy right" to the originator. Todays science and technology is largely a new use of a miniature version of what has been done for years. A patent on a wheel with a handle is ridiculus, but has been done, worse repeatedly.

The interests of an innovator to proceeds from his work is all well and good in an economy relient on a commercial trade system, but in a society with

Modern cad/cam devices capable of assuming the ~~role~~ role of a human assembly line with need only of a suply of materials to work in fact the perfection possible by such machines far exceeds the possible accuracy of any human skills. Such minute laser etching can allow one to etch a simple 100 lb. electromagnetic coil apx. 1/1000 the width of a human hair in a (diamond) carbon Nano tube.

Media releases have portrayed that electro mechanical exoskeletons would be made publicly available* to elite medical market customers, particularly to those stroke victims who have lost mobility. A humane effort but not enough, so let me review a few of the publicly known achievements in the field of science to the average "nerd" who pays attention:

A: Mexican scientists: Javier Morales, Miguel Apatiga, and Victor M. Castaño of the University Nacional Autónoma de Mexico have developed a method to convert tequila into diamonds - No word on liquid $CO^2$

B: Nano Robots small enough to walk the strands of human (or other) DNA have been developed

C: "Mirage" technology has allowed people to feel virtual "objects" such as rain

D: Johns Hopkins laboratory/hospital have developed prostetic limbs capable of communicating with the human nerve system to trigger synthetic senses.

E: Second Sight medical products - Doheny Eye Institute have developed a method of communicating video relay directly into the optic Nerve (Not yet available in HD or even VGA)

F: Forign (oriental) scientists have developed a "stealth cloaking" technique rather ineffective at close inspection but quite well from a distance, Able to make objects (or persons) semi-translucent.

4

G: Artificial Intelligence has been developed to produce information oriented Androids capable of such tasks as facial recognition, Meal order (waiter/waitress), Professional Modeling human clothes and many other voice command/response protocol (standard in windows vista and windows 7)

H: University of Illinois has begun using lasers to etch computer processors into diamonds which are capable of a teraflop (1,000,000,000,000 Floating Point Opperations) and thus require a new controling language (code) or in a practical interperatation more information than the full content of over 20 HD (Blue Ray) films computed in a single second.

I: Norwegan scientists have developed a self replicating and "group conscious" robot(s)

J: FMRI and similar devices have spawned "NEURAL IMPULSE ACTUATORS" or in other words a controler that straps to the head and uses your brain signals (intentions) to be translated into comands for computers (via U.S.B. port)

K: Micro heat transfer units allow people to drink cold beverages without Ice in "cooling" caps powered by batteries

L: Modern surgery has adopted mechanicle tools for less evasive too operations resulting in faster recovery times and presumably less accidents.

M: Electricity can be wirelessly transmitted at a range of up to 15 'FT

N: Scientists have developed an artificial Magnetosphere generator (what blocks a majority of the harmful rays from the sun and "allows safe living transit" to the moon)

O: Monorail "Bullet" trains allow faster more efficient

..O ...transit on high powered electro magnetic tracks
P: laboratory scientists have used high powered electro magnets to "levitate" frogs without extra accessories.
Q: Electronic "beehives" fertilize/polinate a crop and keep invetory of the location of each (which could presumably be linked to a future automated harvester)
R: Automatic Driving Cars are still experiencing minor difficulty.

Now that we have established what exists today lets incorperate these into one single suit to be worn at all times. The concept would be something like this:

Thin bands 1/1,000 the width of a human hair rest iether on the surface or just beneath imperceptably to moniter the state of each point and thus able to communicate with the suit to allow its movement to match the action of the wearer. Presumably subdermal would be required for the direct communication with nearves. Such a suit would actively clense dead skin in a highly efficient exfoliating shower, even optimize the procreation process as it could both defeate the act or procedurely accomodate fertilization and fetal monitering. Nane bots could be manufactured and dispersed into the system guided by the external moniter system to target and destroy both virus infections and cancers. Calimate controlls could allow any desirable ceomfort level, as well as assist in artificial sensations. Basic mental monitering would not only be able to detect the state of agitation or hostility before an act could occure, but be able to detect psychotic patterns and possibly provide counseling or other advice (as situational awareness data is built). A "Tolarance" list could be made for each user to allow people to wholely avoid any situation, person, etc. they do not wish to experience. On the other hand, Hostile and/or sexual desires could be enacted

in a virtual reality simulation so realistic that the human senses could not tell the difference. In such a state present possessions of all forms loose any sembelance of value. With a suit which cleans itself and you, and can adopt any form and color including near invisibility all clothes become little more than a novelty (note suit too could both project an artificial image to nearby users or physicaly alter itself indefinitely at will to even allow people to appear clothed in flame.

Video games and other portable entertainment systems being little more than miniature computers could thus be emulated or the data interperated to allow even live action role play. Invention itself would shift from product development to a cad/cam like development suite which would store innovations in an "open source" bank. Cars or other transport could be replaced by a myrad of transportational options including simple wheeled movement removing need to walk, stilted "walking" array, or even electro magnetic levitation. Even the concept of Homes are largely discredited being originaly developed to hide from the elements and/or express intimacy. Even the comfort of a bed could be exceeded with little effort. This could easily lead to the population of forign worlds without even the need for space shuttles or "space suits" as they are presently known. With only one immutable condition, to harm no human, which can be clearly defined and with situational awareness any act causing harm not initialy predicted would be saved in data banks to prevent future events. Any rules beyond this are tolerance questions. Land ownership and Government Rule effectively are thus obsolete, too would be wars, and hardship itself.

A single day's data of every person's acts would

7

establish these functions and duties needed to sustain this country's operations at its present level and allow for modifications there of for improved efficiency of tireless and limitless strength (by comparison) droids. Note those experts are still living to instruct new repairs. With on board communications however a virtual construct of a failing device could be projected anywhere to allow for virtual manipulation and testing.

While certainly these will require an extensive effort to develope it is not a far step from what is publicly known and available. Too that future developements may and likely will be desirable in "upgraded" versions steps should likely be made to allow such though due to that "human" factor which incorporates the fact that every goal will have its opposition an effort should be made to allow the upgrades without any chance to alter the fundemental rule prohibiting harm (or the removal of the salt), but such are all design features to be determined at programing time.

Some ~~research~~ research such as the "blue brain" experiments testing on artificial "brains" on multi teraflop processors could be one such element should tests yeild positive results.

My knowledge of sciences is however unfortunately limited. I assume however that a small universal block holding a micro processor, electro static piston cilenders, pneumatic channels, and miniature locking arms to connect to matching such blocks. Using the self replicating group awareness exiblted in the Norse robots, Assuming a size small enough to hold $1024 \times 1024$ in one square inch (slightly higher than most HD devices offer pixels) would require a self duplication process 21 times ($2^{20}$) this again

8

Apx. enough to cover 300 people. Another 21 times is enough to cover the entire country's population, another 21 for the world population. When the present lazer etching systems can create apx. 10,000 holes in steel per second I cannot see the details being much more complex for a tiny micro cell.

    This product is the only way I percieve that man can be fully assured of his security. Sure with active moniters with sensory aparatus constantly monitering everything in theory a person could be allowed out of such a suit yet still be surrounded with enough active devices to overwelm him if he tried any hostile acts, other benifits exist such as carbon's natural UV filter capability as well as other mechanical filters applicable

    Again I am not capable of producing such technology in my present uninformed state, but I know what is presently manufactured and see a means of making it smaller and combined, and more efficient and cheaper too.

    My filings as well are limited as those required to tender access to legal materials and provide legal assistance have refused to perform these duties, thus I do not have access to laws to cite fully as are applicable, though this to exibits a calculated practice to make rules up, not apply precidents set, and otherwise defeat the rights of the citizens while engaging in Tyranical Abuses Excelling "the Machine" to a state above the law and causing a state responsible for the declaration of Independence and the reconstruction Era's recent attempt to salvage function from the defunct Machine.

I swear these statements True to the best of my knowledge and belief.

Johnathan T. Pinney
MIS 216 XC-S6
Dixon Correction Center
2600 N. Brinten Ave.
Dixon IL 61021

Address to change 7/31/11 to:
3507 E. 27th Rd
Marseilles, IL 61341

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Injunction on all activity Not in compliance with the congressional intent of the preamble, particularly law enforcement of any laws not involving injury to a second person, his property, or otherwise; or founded in Moral opinion. Declassification of all materials withheld from the public - especially those Scientific advancements made at public expense. Financial award through a public trust for the Research and development of the requisite "Exo skeleton" system and Publication of the Above, and Relocation costs for myself (Please see attached "sub Claim")

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ____4____ day of __July__, 20_11_

_____
(Signature of plaintiff or plaintiffs)

Johnathan T. Pinney
(Print name)

M15216
(I.D. Number)

Dixon Correction Center
2600 N. Brinton Ave
Dixon IL 61021
(Address)

As of 8/1/11
ADDRESS will BE:
3507 E. 27th Rd.
Marseilles IL 61341

Revised 9/2007